# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Priestley,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Federal Express Corporation Short Term Disability Plan, et al.,<br><br>　　　　　Defendants. | No. CV-15-00998-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulated Motion to Dismiss Case *Without* Prejudice (Doc. 21),

**IT IS HEREBY ORDERED granting** the stipulated motion (Doc. 21) and **dismissing** this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 8th day of October, 2015.

_____
Honorable Diane J. Humetewa
United States District Judge